## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **FRANCIS W CONNER JR ET AL** | **CASE NO.  2:19-CV-01390** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHEVRON U S A INC ET AL** | **MAGISTRATE JUDGE KAY** |

### ORDER

Before the Court is a "Memorandum Ruling and Report and Recommendation (Rec. 37) issued by the Magistrate Judge.  Plaintiffs object to the Report and Recommendation and informs the Court that the issues addressed in their objection are now pending for decision before a rules panel of the United States Fifth Circuit. *Louisiana ex rel. Grace Ranch, LLC v. BP AM Prod.,* 2:19-CV-1182, 2020 WL 1493010 at *1 (W. D. La. Mar 25, 2020). Plaintiffs request that the Court stay its decision on the instant Report and Recommendation pending the outcome in *Grace Ranch.*   The Court is persuaded by Plaintiffs' request.  Accordingly,

**IT IS ORDERED** that a decision by the undersigned with regard to the Report and Recommendation will be **STAYED** pending a decision of the Fifth Circuit in *Grace Ranch.*

**THUS DONE AND SIGNED** in Chambers on this 11th day of June, 2020.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**