UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FRANCIS W. CONNER, JR., ET AL. | : | CIVIL ACTION NO. 2:19-cv-01390 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| CHEVRON U.S.A. INC., ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 37] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Remand [Doc. 19] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 3rd day of May, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE